■ CYNTHIA P., Appellant, v JAMES P., Respondent.

The order appealed from was superseded by an order of the same court dated April 5, 1988. Mollen, P. J., Mangano, Brown and Kunzeman, JJ., concur.